```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| UGORJI O. UGORJI,<br><br>          Plaintiff,<br><br>     v.<br><br>NEW JERSEY ENVIRONMENTAL<br>INFRASTRUCTURE TRUST, et al.,<br><br>          Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 08-5424<br>          (JEI/JS)<br><br>**ORDER GRANTING MOTIONS FOR<br>SUMMARY JUDGMENT AND DENYING<br>MOTION TO STRIKE** |

**APPEARANCES:**

THE LAW OFFICE OF C. GREGORY STEWART
By: Clifford G. Stewart, Esq.
535 Thirteenth Ave
Newark, NJ 07103
     Counsel for Plaintiff

OFFICE OF THE NEW JERSEY ATTORNEY GENERAL
By:  David Yi, Deputy Attorney General
RJ Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625
     Counsel for Defendants Briant, Hart, Scangarella

LECLAIR RYAN
By:  Karol Corbin Walker, Esq.
     Jonathan D. Henry, Esq.
One Riverfront Plaza
1037 Raymond Blvd.
Newark, NJ 07102
     Counsel for Defendant New Jersey Environmental
Infrastructure Trust


**IRENAS**, Senior District Judge:

     This matter having appeared before the Court upon Defendant

New Jersey Environmental Infrastructure Trust's ("NJEIT") Motion

for Summary Judgment (Dkt. No. 58), and upon the Individual Defendants Briant, Hart, and Scangarella's Motion for Summary Judgment (Dkt. No. 57), and upon the Defendants' joint Motion to Strike (Dkt. No. 78), the Court having considered the submissions of the parties, for the reasons set forth in an Opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this   29th   day of May, 2012,

**ORDERED THAT:**

1. Defendant NJEIT's Motion for Summary Judgment (Dkt. No. 58) is hereby **GRANTED.**

2. Individual Defendants Briant, Hart, and Scangarella's Motion for Summary Judgment (Dkt. No. 57) is hereby **GRANTED.**

3. Defendants' joint Motion to Strike (Dkt. No. 78) is hereby **DENIED.**

4. The Clerk of the Court is hereby directed to **CLOSE THIS CASE.**

  s/Joseph E. Irenas  
**JOSEPH E. IRENAS, S.U.S.D.J.**